# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LASHAWN BERNARD, ALINE
NARCISSE, SHAWANA WILLIAMS,
ANASTAGHA WILLIAMS, AND GAIL
L. FONTENETTE

VERSUS

BLUE BAYOU WATER PARK, LLC

NO.  2025 CW 0560

**AUGUST 22, 2025**

---

In Re:    Lashawn  Bernard  and  Shawana  Williams,  applying  for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 648836.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT